**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-2352**
_____

GARY DUEY DULA,

                    Plaintiff - Appellant,

          v.

NATIONAL SECURITY AGENCY; ITT CORPORATION; NORTHROP GRUMMAN
CORPORATION,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge.
(8:08-cv-00427-DKC)

_____

Submitted: August 20, 2009          Decided: August 24, 2009

_____

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gary Duey Dula, Appellant Pro Se.  Michael Patrick Grady, Allen
F. Loucks, Assistant United States Attorneys, Baltimore,
Maryland; Adam Harrison Garner, MCGUIREWOODS, LLP, Baltimore,
Maryland; Aniya M. Dunkley, Charys Scotton Williams, MORGAN
LEWIS & BOCKIUS, LLP, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Duey Dula appeals the district court's order dismissing Dula's complaint and denying him injunctive and mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dula v. Nat'l Sec. Agency, No. 8:08-cv-00427-DKC (D. Md. Nov. 4, 2008). We deny Dula's motions for mandamus and general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED